RICHARD FLOYD V. THE STATE.

No. 22705. Delivered January 12, 1944.

The opinion states the case.

*Aubrey Davee,* of Brady, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of a violation of the liquor laws of McCulloch County, and by a jury assessed a fine of $150.00.

There are no bills of exception in the record.

The facts are present and undisputed that such an unlawful sale was made in a dry area.

The judgment is affirmed.